## Case No. 16,209.

### UNITED STATES v. RUSSEL.

[4 Dall. 414, note.] [1]

Circuit Court, D Pennsylvania. Oct. Term, 1806.

MURDER ON HIGH SEAS—PEREMPTORY CHALLENGES.

[One indicted for murder on the high seas is entitled, by the express provision of the statutes, to only 20 peremptory challenges.]

In the case of United States against Russel, on an indictment for murder on the high seas, tried at October term, 1806, the prisoner's counsel, at first, claimed the right of peremptorily challenging thirty-five jurors; but, that being an offence set forth in the penal law, was expressly embraced by the provision limiting the peremptory challenges to twenty; and the claim was, accordingly, overruled.

---

UNITED STATES (RUSSELL v.). See Case No. 12,164.

---

## Case No. 16,210.

### UNITED STATES v. RUTHERFORD.

[2 Cranch, C. C. 528.] [2]

Circuit Court, District of Columbia. Dec. Term, 1824.

COMPETENCY OF WITNESSES—RIOT—JOINT INDICTMENT.

1. If three persons be jointly indicted for a riot, and one only be put upon his trial, the other two having forfeited their recognizances, connot be examined as witnesses for the defendant.

2. The offender who has committed an infamous offence, is restored to his competency as a witness, by a pardon.

The defendant [William Rutherford] and two others were indicted for a riot, and also for a simple assault and battery, in separate counts of the same indictment.

Mr. Jones, for defendant, offered to examine as witnesses, the two who had forfeited their recognizances.

THE COURT (nem. con.) refused.

Mr. Jones then offered to examine as a witness, for the defendant, one Golding, who had been convicted under the post-office law of 30 April, 1810 [2 Stat. 592], of embezzling letters and stealing bank-notes there from, but was pardoned by the president.

THE COURT (nem. con.) permitted him to be sworn.